**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| MARK SCHNEIDER, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:18-cv-00402-TSE-IDD |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR BRIEFING SCHEDULE IN CONNECTION**
**WITH DEFENDANT'S ANTICIPATED MOTION TO DISMISS**

Plaintiff Mark Schneider and defendant Metropolitan Washington Airports Authority ("the Authority"), through their respective undersigned counsel, hereby submit this joint motion for briefing schedule in connection with the Authority's anticipated motion to dismiss this putative class action.

1.      Plaintiff's Complaint was filed on April 10, 2018.  Plaintiff requested that the Authority waive service of process, and the Authority has agreed to do so.  The Authority's deadline to answer, move, or other respond to the Complaint is currently June 11, 2018.

2.      On May 9, 2018, the parties telephonically met and conferred regarding a briefing schedule with a motion to dismiss that the Authority anticipates filing pursuant to Fed. R. Civ. P. 12(b).  During that meeting, counsel for the parties identified and discussed their upcoming personal and professional obligations, including plaintiff's counsel's family vacation between June 16 through 23.  The parties agreed that, in light of these obligations a tailored briefing schedule would benefit both sides.  The parties further agreed that, in the interest of judicial

1

economy and conservation of the parties' resources, no discovery should occur until after the Court has decided the Authority's anticipated Rule 12(b) motion to dismiss.

3.      The parties therefore agreed to, and hereby jointly propose, the following schedule for briefing and argument of the Authority's Rule 12(b) motion to dismiss:

   a.   The Authority shall file and serve its motion to dismiss on or before Monday, June 25, 2018.

   b.   Plaintiff shall file and serve his response to the motion to dismiss on before Friday, July 20, 2018.

   c.   The Authority shall file its reply in support of its motion to dismiss on or before Friday, August 3, 2018.

   d.   The Authority's motion to dismiss shall be set for hearing on Friday, August 10, 2018, unless the Court chooses a different date.

4.      For the Court's convenience, a proposed form of order is attached.

5.      The parties waive hearing on this motion.

Dated: May 9, 2018

Respectfully submitted,                     Respectfully submitted,

HUNTON ANDREWS KURTH LLP                     CARLTON FIELDS JORDEN BURT, P.A.

By: /s/ With Permission                      By: /s/ Brian P. Perryman
Stuart A. Raphael (VSB No. 30380)            Brian P. Perryman (VSB No. 66691)
Sona Rewari (VSB No. 47327)                  W. Glenn Merten (VSB No. 45655)
2200 Pennsylvania Avenue, NW                 1025 Thomas Jefferson Street, NW
Washington DC 20037                          Suite 400 West
Telephone: (202) 955-1500                    Washington, DC 20007
Facsimile: (202) 778-2201                    Telephone: (202) 965-8100
sraphael@huntonak.com                        Facsimile: (202) 965-8104
srewari@huntonak.com                         Email: bperryman@carltonfields.com
                                             Email: gmerten@carltonfields.com

*Attorneys for Defendant*                    
*Metropolitan Washington Airports Authority* *Attorneys for Plaintiff Mark Schneider*