IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARK SCHNEIDER, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:18-cv-00402-TSE-IDD ) |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, | ) ) ) |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT'S ANTICIPATED MOTION TO DISMISS**

Upon consideration of the parties' joint motion for briefing schedule in connection with the defendant Metropolitan Washington Airports Authority's ("the Authority") anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b), and for good cause shown, it is hereby

ORDERED that the parties' joint motion is hereby GRANTED; and

IT IS FURTHER ORDERED that the following schedule for briefing and argument of the Authority's Rule 12(b) motion to dismiss:

a. The Authority shall file and serve its motion to dismiss on or before Monday, June 25, 2018.

b. Plaintiff shall file and serve his response to the motion to dismiss on before Friday, July 20, 2018.

c. The Authority shall file its reply in support of its motion to dismiss on or before Friday, August 3, 2018.

d. The Authority's motion to dismiss shall be set for hearing on Friday, August 10, 2018.

IT IS FURTHER ORDERED that, in the interest of judicial economy and conservation of the parties' resources, no discovery shall occur until after the Court has decided the Authority's anticipated Rule 12(b) motion to dismiss.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia

Date: _____, 2018

                                                Honorable T.S. Ellis, III
                                                United States District Judge